IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DEVANTE YOUNG** **PLAINTIFF**
*#18877*

v.          CASE NO. 4:23-CV-00674-BSM

**SHARRON CASTLEBERRY,**
**Jail Administrator, Prairie Co.**, *et al.*          **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 7] is adopted. This case is dismissed without prejudice for failure to state a claim upon which relief may be granted. It is recommended that this dismissal count as a "strike" for purposes of 28 U.S.C. § 1915(g). It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order would not be taken in good faith.

IT IS SO ORDERED this 14th day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE