IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DEVANTE YOUNG**                                                                        **PLAINTIFF**
*#18877*

v.                      **CASE NO. 4:23-CV-00674-BSM**

**SHARRON CASTLEBERRY,**
**Jail Administrator, Prairie Co.**, *et al.*                                        **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 14th day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE